**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| KALEEL WILSON, | : | |
| | | Civil Action No. 10-2783 (NLH) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| DONNA ZICKEFOOSE, | : | |
| Respondent. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___20th___ day of ___December___, 2010,

ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction; and it is further

ORDERED that, in the alternative, to the extent this Court may exercise jurisdiction, the Petition is DENIED; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.

At Camden, New Jersey            /s/ NOEL L. HILLMAN
                                 Noel L. Hillman
                                 United States District Judge